UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

MAGISTRATE'S NO. 5:08-5003M-JBT

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                            O R D E R

CHESTER DEMPSEY                                               DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter was called for initial appearance/removal hearing on Tuesday, January 8, 2008 at the hour of 2:00 p.m. regarding a petition and order for warrant for violation of conditions of supervised release.

The United States was represented by Assistant United States Attorney Frances Catron-Malone. The defendant was present, in custody. Rachel Yavalak was present on standby.

The proceeding was recorded by official court reporter Rhonda Sansom.

The Court advised the defendant of charges pending against him in the Southern District of Ohio and of his constitutional rights, including his right to counsel and to an identity hearing.

After reviewing a Petition/Order for Warrant and Warrant for Arrest issued in the Southern District of Ohio bearing Case No. CR 2-92-199-01 and after placing the defendant under oath to answer questions, the Court determined that the defendant is the same individual as named in the Petition/Order for Warrant and Warrant as issued. The defendant stated under oath that he was the Chester Dempsey named in the Petition/Order for Warrant and Warrant and that he waived his right to an identity hearing. A Waiver of Rule 40 Hearings (AO466) was executed by the defendant.

After hearing statements of counsel for the respective parties, and



I certify that this is a true and correct copy of the original filed in my office
LESLIE G. ____, CLERK
By M. ____
JAN 11 2008

the Court being otherwise sufficiently advised,

IT IS THEREFORE ORDERED as follows:

(1) That the court finds that the defendant qualifies for court appointed counsel. Rachel Yavalak is appointed to represent the defendant pursuant to the Criminal Justice Act.

(2) That the oral motion of the United States that the defendant be detained in custody for transfer and removal to the Southern District of Ohio by the United States Marshal Service is GRANTED. The defendant shall be committed to the Southern District of Ohio for further proceedings. A separate Order of Commitment shall be entered herein.

(3) That the defendant shall remain in the custody of the United States Marshal for transportation and removal to the Southern District of Ohio.

This 9th day of January, 2008.

Signed By:
*James B. Todd*
United States Magistrate Judge

TIC: .10 minutes

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __KENTUCKY__

UNITED STATES OF AMERICA
V.

CHESTER DEMPSEY

**COMMITMENT TO ANOTHER DISTRICT**

Eastern District of Kentucky
FILED
JAN 0 8 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-2-92-199 | 08-5003M-JBT | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other  Supervised Release Violation

charging a _____ U.S.C. _____

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF OHIO - COLUMBUS DIVISION

**DESCRIPTION OF CHARGES:**
SUPERVISED RELEASE VIOLATION

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☐ Federal Defender Organization   X CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language: _____

**DISTRICT OF KENTUCKY**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 8, 2008
Date

United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

I certify that this is a true and correct copy of the original filed in my office
LESLIE G. WHITMER, CLERK
By _____
JAN 1 1 2008

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ KENTUCKY _____

UNITED STATES OF AMERICA

Eastern District of Kentucky
FILED
JAN 0 8 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

V.

CHESTER DEMPSEY

Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 08-5003M-JBT

CHARGING DISTRICTS
CASE NUMBER: CR-2-92-199

I understand that charges are pending in the _____ SOUTHERN _____ District of _____ OHIO _____ alleging violation of _____ supervised release _____ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) ~~a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and~~

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Chester Dempsey_
Defendant

January 8, 2008
Date

_signature_
Defense Counsel

certify that this is a true and correct
copy of the original filed in my office
LESLIE G ......... CLERK

By _M. Wells_

Date JAN 11 2008



FILED
JAMES BONINI
CLERK
CLOSED

2008 JAN 14 P 1: 45

# U.S. District Court
## Eastern District of Kentucky (Lexington)
### CRIMINAL DOCKET FOR CASE #: 5:08-mj-05003-JBT-1
### Internal Use Only

Case title: USA v. Dempsey
Other court case number: CR 2-92-199-01 U.S.D.C.
Southern District of Ohio

Date Filed: 01/08/2008
Date Terminated: 01/11/2008

Assigned to: Magistrate Judge James B Todd

**Defendant (1)**

**Chester Dempsey**
*TERMINATED: 01/11/2008*

represented by **Rachel Diane Yavelak**
Anggelis & Gordon, PLLC
139 Market Street
Lexington, KY 40507
859-255-7761
Fax: 859-255-0011
Email: racheldiya@windstream.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841(a)(1) DISTRIBUTION OF METHAQUALONE

**Disposition**

JAN 11 2008

**Plaintiff**

| USA | represented by | **Frances E. Catron-Malone** |
|---|---|---|

U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-233-2661
Fax: 859-233-2747
Email: Frances.Catron-Malone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2008 | 1 | COPY of Petition/Order for warrant for violation of conditions of supervised release filed in USDC Northern District of Ohio as to Chester Dempsey. (Attachments: # 1 Judgment)(JMW) (Entered: 01/11/2008) |
| 01/08/2008 |  | Arrest (Rule 40) of Chester Dempsey (JMW) (Entered: 01/11/2008) |
| 01/08/2008 | 3 | WAIVER of Rule 32.1 Hearings by Chester Dempsey (JMW) (Entered: 01/11/2008) |
| 01/08/2008 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Chester Dempsey. Defendant committed to U.S.D.C. Southern District of Ohio. Signed by Magistrate Judge James B Todd on 1/8/08. (JMW)cc: COR,USM,USP,SDOH (Entered: 01/11/2008) |
| 01/09/2008 | 2 | ORDER FOR INITIAL APPEARANCE/REMOVAL PROCEEDINGS as to Chester Dempsey held on 1/8/08 before Magistrate Judge James B Todd: Rachel Yavelak is appointed to represent the dft pursuant to CJA; (2) the oral motion of the USA that the dft be detained in custody for transfer and removal to the Southern District of Ohio by the U.S. Marshal Service is GRANTED. The dft shall be committed to the Southern District of Ohio for further proceedings. A Separate Order of Commitment shall be entered herein; and (3) the dft shall remain in the custody of the U.S. Marshal for transportation and removal to the Southern District of Ohio. (Court Reporter RHONDA SANSOM) (JMW) cc: COR,USM,USP,CJA,SDOH (Entered: 01/11/2008) |
| 01/11/2008 |  | Conflict Check run. (JMW) (Entered: 01/11/2008) |
| 01/11/2008 |  | ***Terminated defendant in Magistrate Case Chester Dempsey, pending deadlines, and motions. (JMW) (Entered: 01/11/2008) |

5:08-mj-05003-JBT

Clerk, U.S. District Court
Southern District of Ohio
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Leslie G. Whitmer
Clerk, United States District Court
Eastern District of Kentucky
P.O. Box 3074
Lexington, Kentucky 40588-3074

OFFICIAL BUSINESS